UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Catherine Stavlas, Clerk of the District Court; Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>SEC v. Jali et al.</u>  
Civil No. PJM 20-2491

DATE: August 16, 2023

* * *

The Court has received the attached letter on behalf of Mr. Johnson. Default judgment will not be entered as to Mr. Johnson. The letter will be deemed an Answer by Mr. Johnson to the Complaint.

The SEC should proceed on the basis of this as a contested case. Mr. Johnson should consider whether to engage an attorney or may petition the Court to appoint an attorney, assuming he meets the standards for such appointment.

/s/  
_____  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File